Michael C. Ormsby
United States Attorney
Eastern District of Washington
Tyler Tornabene
Assistant United States Attorney
Seth Tait
Legal Intern
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | PO-11-4005-JPH |
| Plaintiff, | |
| vs. | Order of Dismissal |
| ZACHARY A. OSBORN, | |
| Defendant. | |

Upon the Motion of the United States, (ECF No. 18), and it having been shown that the terms of the Pretrial Diversion Agreement have been satisfied, IT IS ORDERED that the case be dismissed without prejudice.

DATED this 24 day of April, 2012.

HON. JAMES P. HUTTON
United States Magistrate Judge

Order of Dismissal - 1